UNITED STATES of America,
Plaintiff-Appellee

v.

Martin OVALLE-GARCIA,
Defendant-Appellant

No. 16-40829
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Filed December 20, 2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Philip G. Gallagher, Assistant Federal Public Defenders, Evan Gray Howze, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant-Appellant

Before DENNIS, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Martin Ovalle-Garcia raises an argument that is foreclosed by *United States v. Rodriguez*, 711 F.3d 541, 562 (5th Cir. 2013) (en banc). Accordingly, the motion for summary disposition is GRANTED,

---

and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.